*Plaintiff(s) Counsel:*
Robert T. Dassow, Esq.
Hovde Dassow & Deets LLC
Meridian Tower
201 W. 103rd Street, Suite 500
Indianapolis, Indiana 46290
(T) 317-818-3100
(F) 317-818-3111

-and-

William M. Audet, Esq.
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
(T) 415-982-1776
(F) 415-576-1776

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 07-CV-1495 **MDL NO. 1699** **District Judge: Charles R. Breyer** |
| RAINELLE OVERMEYER, Individually as Administrator of the Estate of DENNIS R. OVERMEYER, Plaintiff(s), v. PFIZER INC., ET AL., Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, RAINELLE OVERMEYER, Individually as

Administrator of the Estate of DENNIS R. OVERMEYER, and Defendants, by and

through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March _16_, 2009        By: _____

                Robert T. Dassow, Esq.
                Hovde Dassow & Deets LLC
                Meridian Tower
                201 W. 103rd Street, Suite 500
                Indianapolis, Indiana 46290
                (T) 317-818-3100
                (F) 317-818-3111

                -and-

                William M. Audet, Esq.
                Audet & Partners, LLP
                221 Main Street, Suite 1460
                San Francisco, California 94105
                (T) 415-982-1776
                (F) 415-576-1776

                *Counsel for Plaintiff(s).*

DATED: ___April 15___, 2009    By: _____

                Michelle Sadowsky, Esq.
                DLA PIPER US LLP
                1251 Avenue of the Americas
                New York, New York 10020-1104
                (T) 212-335-4625
                (F) 212-884-8675

                *Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: <u>April 23, 2009</u>



    Hon. Charles R. Breyer
    United States District Court